IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILLIAM VON FRIEWALDE, DAVE HARTMAN, MARK COMPAS, AND ROBERT BEVINS, ET AL., | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | C.A. NO. SA06CA0236-OG |
| BOEING AEROSPACE OPERATIONS, INC. | § § § § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S SECOND MOTION
FOR PROTECTIVE ORDER AND FOR DISCOVERY SANCTIONS**

The Court has considered Defendant Boeing Aerospace Operations, Inc.'s ("Boeing") second motion for protective order and for discovery sanctions ("Motion") and finds the Motion well-taken. It is therefore

ORDERED that Boeing is not required to respond to Plaintiffs' (1) Second Set of Post Appeal Interrogatories to Defendant, and (2) Third Set of Post-Remand Request to Produce Documents to Defendant. Discovery in this matter is closed, and no discovery shall be permitted unless by further order of this Court. Boeing is further entitled to recover its reasonable and necessary attorneys' fees in bringing the Motion for $1,951.30, which shall be paid to Boeing's counsel within 30 days of the date of this Order.

SIGNED this 15 day of Nov., 2010.

_____
UNITED STATES DISTRICT JUDGE